ACCEPTED
03-14-00698-CV
5989419
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/8/2015 6:21:06 PM
JEFFREY D. KYLE
CLERK



**WILLI** LAW FIRM

www.willi.com

9600 ESCARPMENT BLVD., STE. 745, PMB 34
AUSTIN, TEXAS 78749-1983
TELEPHONE: (512) 288-3204
FACSIMILE: (512) 277-6010

**James N. Willi** † *
jwilli@willi.com

**Tracy J. Willi** † ‡
twilli@willi.com

† *Registered U.S. Patent Attorney*
‡ *Board Certified – Civil Appellate Law*
*Texas Board of Legal Specialization*
* *Licensed Professional Engineer*

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/8/2015 6:21:06 PM
JEFFREY D. KYLE
Clerk

July 8, 2015

Jeffrey D. Kyle
Clerk of Court
Third Court of Appeals
P.O. Box 12547
Austin, TX 78711

Re:   **Case No. 03-14-00698-CV,** *Shamark Smith Limited Partnership, et al. v. Martin M. Longoria,* filed in the Third Court of Appeals in Austin, Texas.

Dear Mr. Kyle:

Please find the enclosed three copies of the Appellants' Brief as requested.  A copy of this letter has been e-filed to demonstrate that the copies have been mailed on this day.

Thank you for your assistance.

Sincerely,

/s/ Tracy J. Willi
Tracy J. Willi

cc w/out enclosures by efs or email service:

Mr. James David Walker
Attorney for Appellee, Martin M. Longoria